UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**25-CR-20189-WILLIAMS/GOODMAN**
CASE NO. _____

21 U.S.C. § 963
21 U.S.C. § 853

UNITED STATES OF AMERICA

v.

ANGELINA MIGUELINA HOLLIS and
ASHLEE MONET NICOLE ROSENBERG,

    Defendants.
_____/

FILED BY ___BM___ D.C.
Apr 29, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Export a Controlled Substance
### (21 U.S.C. § 963)

From on or about ~~June 25, 2024~~ April 14, 2025, and continuing through on or about April 15, 2025, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ANGELINA MIGUELINA HOLLIS and**
**ASHLEE MONET NICOLE ROSENBERG,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to export from the United States, to a place outside of the United States, a controlled substance, in violation of Title 21, United States Code, Section 953(c); all in violation of Title 21, United States Code, Section 963.

Pursuant to Title 21, United States Code, Section 960(b)(4), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

## COUNT 2
### Attempted Exportation of Controlled Substances
### (21 U.S.C. § 963)

On or about April 15, 2025, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ANGELINA MIGUELINA HOLLIS and
ASHLEE MONET NICOLE ROSENBERG,**

did knowingly and intentionally attempt to export from the United States, to a place outside of the United States, a controlled substance, in violation of Title 21, United States Code, Section 953(c); in violation of Title 21, United States Code, Section 963, and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 960(b)(4), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance.

## FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **ANGELINA MIGUELINA HOLLIS** and **ASHLEE MONET NICOLE ROSENBERG**, have an interest.

2.  Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Sections 853 and 970.

A TRUE BILL

FOREPERSON

_____
HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

_____
ANDRES E. CHINCHILLA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ANGELINA MIGUELINA HOLLIS and
ASHLEE MONET NICOLE ROSENBERG,
                        Defendants.
                                              /

CASE NO.: **25-CR-20189-WILLIAMS/GOODMAN**

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants   0
Total number of new counts   0

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take  4  days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Enjoliqué A. Lett   Magistrate Case No. 25-mj-02759
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of 04/15/2025
10. Defendant(s) in state custody as of N/A
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _____
Andres E. Chinchilla
Assistant United States Attorney
SDFL Court ID No.  A5503151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ANGELINA MIGUELINA HOLLIS

**Case No**: _____

Count #: 1

Conspiracy to Export a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment: Five (5) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: N/A**
* **Max. Fine:  $250,000**

Count #: 2

Attempted Exportation of a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment: Five (5) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: N/A**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  ASHLEE MONET NICOLE ROSENBERG

Count #: 1

Conspiracy to Export a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment: Five (5) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: N/A**
* **Max. Fine:  $250,000**

Count #: 2

Attempted Exportation of a Controlled Substance

Title 21, United States Code, Section 963
* **Max. Term of Imprisonment: Five (5) years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: N/A**
* **Max. Fine:  $250,000**

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.